# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DEPARTMENT OF TRANSPORTATION, : No. 129 MAL 2014
:
Petitioner :
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
v. :
:
:
:
STATE CIVIL SERVICE COMMISSION :
(SANTO BOCCHINFUSO), :
:
Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.

    Mr. Justice McCaffery did not participate in the consideration or decision of this matter.